1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                   **CENTRAL DISTRICT OF CALIFORNIA**
10
11  BRIAN LAWRENCE SNOKE,            ) NO. CV 11-5971-TJH (MAN)
                                     )
12              Petitioner,           )
                                     )
13       v.                          ) JUDGMENT
                                     )
14  UNKNOWN,                          )
                                     )
15              Respondent.           )
    _____)
16
17
18       Pursuant to the Court's Order: Dismissing Petition With Prejudice;
19  And Denying Certificate Of Appealability,
20
21       IT IS ADJUDGED that this action is dismissed with prejudice for
22  untimeliness.
23
24  DATED: August 28, 2012.
25
26                                          _____
                                            TERRY J. HATTER, JR.
27                                          UNITED STATES DISTRICT JUDGE
28